**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Antonio DAVIS, Defendant—Appellant.**

**No. 09–7674.**

United States Court of Appeals,
Fourth Circuit.

Submitted: March 16, 2010.

Decided: March 22, 2010.

Antonio Davis, Appellant Pro Se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before NIEMEYER, MOTZ, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antonio Davis appeals the district court's order denying his motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Davis,* No. 4:04–cr–00039–H–1 (E.D.N.C. Aug. 20, 2009). We deny Davis's motion for review of Government fraud. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*